M. P. No. 78-21. MARGIE V. LANGE *v.* ROBERT V. LANGE. The petition for writ of certiorari is denied. *Robert*

*M. Silva, Michael W. Miller,* for plaintiff-respondent. *Corcoran, Peckham & Hayes, Joseph T. Houlihan,* for defendant-petitioner.